Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−31056−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond T. Johnston
   aka Ray Johnston, aka Ray T Johnston
   34 Abington Ave
   Marlton, NJ 08053−2902

Social Security No.:
   xxx−xx−8811

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on May 19, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 48 − 44
Order Granting Application for Extension of Loss Mitigation (Related Doc # 44). Loss Mitigation Period Extended to: June 30, 2021. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/19/2021. (har)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 19, 2021
JAN: har

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 19-31056-ABA

Raymond T. Johnston     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: May 19, 2021     Form ID: orderntc     Total Noticed: 3

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Raymond T. Johnston, 34 Abington Ave, Marlton, NJ 08053-2902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ecfnotices@grosspolowy.com | May 19 2021 20:56:00 | Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221 |
| lm | Email/PDF: ais.midfirst.ebn@americaninfosource.com | May 19 2021 22:16:10 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Julie Cascino | on behalf of Creditor MidFirst Bank jcascino@grosspolowy.com ecfnotices@grosspolowy.com |
| Lynn Therese Nolan | on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com lnolan@grosspolowy.com |

District/off: 0312-1     User: admin     Page 2 of 2
Date Rcvd: May 19, 2021     Form ID: orderntc     Total Noticed: 3

Mark S Cherry     on behalf of Debtor Raymond T. Johnston mc@markcherrylaw.com dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7