Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−31056−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Raymond T. Johnston
   aka Ray Johnston, aka Ray T Johnston
   34 Abington Ave
   Marlton, NJ 08053−2902

Social Security No.:
   xxx−xx−8811

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/1/21.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 1, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-31056-ABA |
| Raymond T. Johnston | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 148 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Raymond T. Johnston, 34 Abington Ave, Marlton, NJ 08053-2902 |
| 518557000 | | Apex Asset Management LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 518557001 | | Ars Account Resolution, 1643 NW 136th Ave, City of Sunrise, FL 33323-2857 |
| 518557002 | | Ascendium Ed Solutions, 111000 Usa Prkwy, Fishers, IN 46037 |
| 518557003 | | Capital Collection Ser, 20 E Taunton Rd # BILG50, Berlin, NJ 08009-2603 |
| 518557006 | + | Center for Family Guidance, 765 E Route 70 Bldg A-100, Marlton, NJ 08053-2341 |
| 518557007 | | Complete Collection Service, 1007 N Federal Hwy # 280, Fort Lauderdale, FL 33304-1422 |
| 518557008 | | Cooper University Health Care, PO Box 95000-4345, Philadelphia, PA 19019 |
| 518557010 | | Emerg Phys Svcs, PO Box 740021, Cincinnati, OH 45274-0021 |
| 518640795 | | Emergency Physician Associate of S. Jersey, PO Box 1123, Minneapolis MN 55440-1123 |
| 518628415 | ++++ | MIDFIRST BANK, GROSS POLOWY, LLC, 2500 PLAZA FIVE STE 2548, JERSEY CITY NJ 07311 address filed with court:, MidFirst Bank, Gross Polowy, LLC, 2500 Plaza 5, Suite 2548, Jersey City, NJ 07311 |
| 518899320 | | MidFirst Bank, KML Law Group PC, Sentry Office Plaza, 216 Haddon Avenue, Suite 206, Westmont, NJ 08108 |
| 518557013 | + | Montgomery Medical Equipment, PO Box 825543, Philadelphia, PA 19182-5543 |
| 518557014 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518557016 | | Remex Inc, 307 Wall St, Princeton, NJ 08540-1515 |
| 518557017 | | Remex, Inc., PO Box 765, Rocky Hill, NJ 08553-0765 |
| 518557018 | | South Jersey Radiology Assoc P, 20 E Taunton Rd Bldg 50, Berlin, NJ 08009-2603 |
| 518557019 | | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |
| 518557020 | | Univ of Pennsylvania Hup, Trustees UPHS HUP PP, PO Box 824406, Philadelphia, PA 19182-4406 |
| 518557022 | + | Virtua Health, 100 Bowman Dr, Voorhees, NJ 08043-1596 |
| 518557021 | | Virtua Health, PO Box 780857, Philadelphia, PA 19178-0857 |
| 518557023 | | Virtua Medical Group, 2000 Crawford Pl Ste 200, Mount Laurel, NJ 08054-3954 |
| 518557024 | | West Jersey Anesthesia Assoc., 20 E Taunton Rd Bldg 50, Berlin, NJ 08009-2603 |
| 518556999 | | akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | EDI: AISMIDFIRST | Nov 02 2021 00:23:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518576852 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Nov 01 2021 20:25:00 | Ascendium Education Solutions, Inc, PO Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 8961, Madison WI 53708-8961 |
| 518557004 | | EDI: CAPITALONE.COM | Nov 02 2021 00:23:00 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518557005 | | Email/Text: bankruptcy@cavps.com | Nov 01 2021 20:25:00 | Cavalry Portfolio Services, LLC, PO Box 27288, Tempe, AZ 85285-7288 |
| 518603465 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2021 20:25:00 | Credit Acceptance, 25505 West 12 Mile Rd., Southfield MI 48034 |
| 518729868 | + | Email/Text: bankruptcy@cavps.com | Nov 01 2021 20:25:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518557009 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 01 2021 20:25:00 | Credit Acceptance Corp, PO Box 5070, Southfield, MI 48086-5070 |
| 518557011 | | Email/Text: ecfnotices@grosspolowy.com | Nov 01 2021 20:25:00 | Gross Polowy, LLC, 1775 Wehrle Dr Ste 100, Williamsville, NY 14221-7093 |
| 518662328 | + | EDI: AISMIDFIRST | Nov 02 2021 00:23:00 | MidFirst Bank, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 518557012 | | EDI: AISMIDFIRST | Nov 02 2021 00:23:00 | Midland Mtg, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 518557839 | + | EDI: RMSC.COM | Nov 02 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518642893 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 01 2021 20:26:44 | U.S. Department of Housing, and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *P++ | GROSS POLOWY LLC, 1775 WEHRLE DRIVE, SUITE 100, WILLIAMSVILLE NY 14221-7093, address filed with court:, Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221 |
| 518557015 | ## | Pro Co, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 03, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:

**Name**         **Email Address**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 148 | Total Noticed: 38 |

Ashley Pascuzzi
    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Julie Cascino
    on behalf of Creditor MidFirst Bank jcascino@grosspolowy.com  ecfnotices@grosspolowy.com

Lynn Therese Nolan
    on behalf of Creditor MidFirst Bank ecfnotices@grosspolowy.com  lnolan@grosspolowy.com

Mark S Cherry
    on behalf of Debtor Raymond T. Johnston mc@markcherrylaw.com
    dot@markcherrylaw.com;bankruptcy@markcherrylaw.com;G9657@notify.cincompass.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8